MARK S. POSARD  (SBN: 208790)
mposard@gordonrees.com
ALYSON S. CABRERA (SBN: 222717)
acabrera@gordonrees.com
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendants
BERKELEY UNIFIED SCHOOL DISTRICT and MARK BAUER

PAMELA Y. PRICE  (SBN: 107713)
pamela.price@pypesq.com
PRICE AND ASSOCIATES
A Professional law Corporation
901 Clay Street
Oakland, CA 94607
Telephone: (510) 452-0292
Facsimile: (510) 452-5625

Attorneys for Plaintiff
MICHAEL O'LOUGHLIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL O'LOUGHLIN,<br><br>Plaintiff,<br><br>vs.<br><br>BERKELEY UNIFIED SCHOOL DISTRICT, MARK BAUER and DOES 1 through 25,<br><br>Defendants. | CASE NO. C13-03715-KAW<br><br>STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT<br><br>Complaint Filed: August 9, 2013 |

Defendants Berkeley Unified School District and Mark Bauer ("Defendants"), and Plaintiff Michael O'Loughlin (together, the "Parties"), by and through their attorneys, hereby enter into this joint stipulation to continue the due date for Defendants' responsive pleading to Plaintiff's Complaint to January 10, 2014. The parties further enter into this joint stipulation to

- 1 -

1090705/17480808v.1

1  continue the December 17, 2013 Case Management Conference to February 11, 2014 (or any

2  other date acceptable to the Court).

3      The Parties stipulate as follows:

4      1.    The Parties stipulate it is in the best interest of all Parties to continue the due date

5  for Defendant's responsive pleading to Plaintiff's Complaint to January 10, 2014, to allow

6  Defendants a reasonable opportunity to evaluate a proper responsive pleading.  Defendants'

7  counsel will be in trial throughout December and thus a continuance until January 10 is

8  necessary;

9      2.    The Parties hereby stipulate to continue the due date for Defendant's responsive

10 pleading to Plaintiff's Complaint to January 10, 2014.

11     3.    The Parties hereby request that the Case Management Conference, currently set

12 for December 17, 2013, be continued to February 11, 2014 to allow sufficient time for

13 Defendants' to file a responsive pleading; to allow sufficient time for Plaintiff to review the

14 responsive pleading; and to allow sufficient time for the Parties to evaluate the case.

15 Dated:  November 22, 2013    GORDON & REES LLP

16     By:\_\_\_\_/s/ Mark S. Posard\_\_\_\_
      Mark S/ Posard
17       Alyson C. Cabrera
    Attorneys for Defendants BERKELEY
18     UNIFIED SCHOOL DISTRICT AND MARK
    BAUER
19

20 Dated:  November 22, 2013    PRICE AND ASSOCIATES

21     By:\_\_\_\_/s/ Pamela Y. Price\_\_\_\_
      Pamela Y. Price
22     Attorneys for Plaintiff MICHAEL
    O'LOUGHLIN
23

24     IT IS SO ORDERED:

25

26 Date: 11/26/13_____    *Kandis Westmore*
    UNITED STATES MAGISTRATE JUDGE
27

28

*Gordon & Rees LLP*
*275 Battery Street, Suite 2000*
*San Francisco, CA  94111*

- 2 -

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME TO RESPOND TO COMPLAINT    CASE NO.: C13-03715-KAW