1  MARK S. POSARD  (SBN: 208790)
   mposard@gordonrees.com
2  ALYSON S. CABRERA (SBN: 222717)
   acabrera@gordonrees.com
3  GORDON & REES LLP
   275 Battery Street, Suite 2000
4  San Francisco, CA  94111
   Telephone:  (415) 986-5900
5  Facsimile:  (415) 986-8054

6  Attorneys for Defendants
   BERKELEY UNIFIED SCHOOL DISTRICT and MARK BAUER
7

8  PAMELA Y. PRICE  (SBN: 107713)
   pamela.price@pypesq.com
9  PRICE AND ASSOCIATES
   A Professional law Corporation
10 901 Clay Street
   Oakland, CA 94607
11 Telephone:  (510) 452-0292
   Facsimile:  (510) 452-5625
12
   Attorneys for Plaintiff
13 MICHAEL O'LOUGHLIN

14

15                    UNITED STATES DISTRICT COURT

16                    NORTHERN DISTRICT OF CALIFORNIA

17

18 MICHAEL O'LOUGHLIN,                 ) CASE NO. C13-03715-KAW
                                       )
19 Plaintiff,                          )
                                       ) STIPULATION AND [PROPOSED]
20 vs.                                 ) ORDER EXTENDING TIME TO
                                       ) RESPOND TO COMPLAINT
21 BERKELEY UNIFIED SCHOOL DISTRICT,   )
   MARK BAUER and DOES 1 through 25,   )
22                                     )
   Defendants.                         )
23                                     ) Complaint Filed:  August 9, 2013
                                       )
24

25     Defendants Berkeley Unified School District and Mark Bauer ("Defendants"), and

26 Plaintiff Michael O'Loughlin (together, the "Parties"), by and through their attorneys, hereby

27 enter into this joint stipulation to continue the due date for Defendants' responsive pleading to

28 Plaintiff's Complaint to January 10, 2014.  The parties further enter into this joint stipulation to

- 1 -

1 continue the December 17, 2013 Case Management Conference to February 11, 2014 (or any
2 other date acceptable to the Court).
3       The Parties stipulate as follows:
4       1.    The Parties stipulate it is in the best interest of all Parties to continue the due date
5 for Defendant's responsive pleading to Plaintiff's Complaint to January 10, 2014, to allow
6 Defendants a reasonable opportunity to evaluate a proper responsive pleading.  Defendants'
7 counsel will be in trial throughout December and thus a continuance until January 10 is
8 necessary;
9       2.    The Parties hereby stipulate to continue the due date for Defendant's responsive
10 pleading to Plaintiff's Complaint to January 10, 2014.
11       3.    The Parties hereby request that the Case Management Conference, currently set
12 for December 17, 2013, be continued to February 11, 2014 to allow sufficient time for
13 Defendants' to file a responsive pleading; to allow sufficient time for Plaintiff to review the
14 responsive pleading; and to allow sufficient time for the Parties to evaluate the case.

15 Dated:  November 22, 2013　　　　　　　　GORDON & REES LLP

16 　　　　　　　　　　　　　　　　　　　　By:      /s/ Mark S. Posard
　　　　　　　　　　　　　　　　　　　　　  Mark S/ Posard
17 　　　　　　　　　　　　　　　　　　　　　  Alyson C. Cabrera
18 　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants BERKELEY
　　　　　　　　　　　　　　　　　　　　UNIFIED SCHOOL DISTRICT AND MARK
　　　　　　　　　　　　　　　　　　　　BAUER
19

20 Dated:  November 22, 2013　　　　　　　　PRICE AND ASSOCIATES

21 　　　　　　　　　　　　　　　　　　　　By:      /s/ Pamela Y. Price
　　　　　　　　　　　　　　　　　　　　　  Pamela Y. Price
22 　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff MICHAEL
　　　　　　　　　　　　　　　　　　　　O'LOUGHLIN
23

24 　　　　　IT IS SO ORDERED:
25

26 Date: __11/26/13_____　　　　　_Kandis Westmore_____
27 　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE
28

**Gordon & Rees LLP**
275 Battery Street, Suite 2000
San Francisco, CA 94111

- 2 -

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME TO RESPOND TO COMPLAINT　　　　　　　　　　　　CASE NO.: C13-03715-KAW