1  KELLIE M. MURPHY, ESQ. (SBN 189500)
   CRAIG A. TOMLINS, ESQ. (SBN 272678)
2  JOHNSON SCHACHTER & LEWIS
   A Professional Law Corporation
3  California Plaza
   2180 Harvard Street, Suite 560
4  Sacramento, CA 95815
   kellie@jsl-law.com
5  Telephone: (916) 921-5800
   Facsimile: (916) 921-0247
6
   Attorneys for DEFENDANT:
7  MARK BAUER

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION**

10

| | |
|---|---|
| MICHAEL O'LOUGHLIN, | **CASE NO. C13-03715-DMR** |
| Plaintiff, | **ORDER GRANTING DEFENDANT BAUER'S LEAD TRIAL COUNSEL'S REQUEST FOR ASSOCIATE COUNSEL TO ATTEND CASE MANAGEMENT CONFERENCE IN PERSON, OR IN THE ALTERNATIVE, TO APPEAR TELEPHONICALLY** |
| v. | |
| BERKELEY UNIFIED SCHOOL DISTRICT, MARK BAUER, AND DOES 1-25, | |
| Defendants. | CMC: February 18, 2015<br>Time: 1:30 p.m.<br>Dept.: Courtroom 4<br><br>Complaint Filed: August 9, 2013<br>Trial Date: July 20, 2015 |

On February 17, 2015, Defendant Mark Bauer's lead trial counsel, Kellie M. Murphy, requested permission from this Court for associate Craig A. Tomlins to appear in person at the Case Management Conference scheduled to occur on February 18, 2015.  In the alternative, Ms. Murphy requested permission from this Court for her to attend telephonically.  Defendant Bauer notified all parties of this request on February 17, 2015, and no party has any objection.

Good cause exists for Mr. Tomlins to appear in person because of the unavailability of lead trial counsel Ms. Murphy.  Ms. Murphy was scheduled to go on maternity leave commencing on February 27, 2015.  However, in the early morning hours of Sunday,

1

ORDER GRANTING DEFENDANT BAUER'S LEAD TRIAL COUNSEL'S REQUEST FOR ASSOCIATE
COUNSEL TO ATTEND CASE MANAGEMENT CONFERENCE IN PERSON, OR IN THE ALTERNATIVE,
TO APPEAR TELEPHONICALLY
CASE NO. C13-03715-DMR

February 15, 2015, Ms. Murphy gave birth to her baby daughter.  As such, Ms. Murphy, as lead trial counsel, is unable to attend the Case Management Conference in person scheduled to occur on February 18, 2015.

Dated:  February 17, 2015

JOHNSON SCHACHTER & LEWIS
A Professional Law Corporation

By:   /s/ Kellie M. Murphy
    KELLIE M. MURPHY
    CRAIG A. TOMLINS
    kellie@jsl-law.com
    craig@jsl-law.com
    (916) 921-5800
Attorney for Defendant MARK BAUER

## ORDER

The Court, after reviewing and considering lead trial counsel Kellie M. Murphy's request to have associate Craig A. Tomlins appear on her behalf at the Case Management Conference scheduled to occur on February 18, 2015, and good cause appearing therefore, **IT IS ORDERED** that Mr. Tomlins can appear on Ms. Murphy's behalf.

Dated:  2/18/2015



HON. DONNA M. RYU
UNITED STATES DISTRICT COURT

2

ORDER GRANTING DEFENDANT BAUER'S LEAD TRIAL COUNSEL'S REQUEST FOR ASSOCIATE COUNSEL TO ATTEND CASE MANAGEMENT CONFERENCE IN PERSON, OR IN THE ALTERNATIVE, TO APPEAR TELEPHONICALLY
CASE NO. C13-03715-DMR

**PROOF OF SERVICE**

    **CASE NAME:**    O'Loughlin v. Berkeley Unified School District, et al.
    **CASE NO.:**    C13-03715-DMR

    I am employed in the County of Sacramento. I am over the age of eighteen years and not a party to the within above-entitled action. My business address is 2180 Harvard Street, Suite 560, Sacramento, CA 95815.

    I am familiar with this office's practice whereby the mail is sealed, given the appropriate postage and placed in a designated mail collection area. Each day's mail is collected and deposited in a United States mailbox after the close of each day's business.

    On the date set forth below, I served the following: **[PROPOSED] ORDER GRANTING DEFENDANT BAUER'S LEAD TRIAL COUNSEL'S REQUEST FOR ASSOCIATE COUNSEL TO ATTEND CASE MANAGEMENT CONFERENCE IN PERSON, OR IN THE ALTERNATIVE, TO APPEAR TELEPHONICALLY**

 X     ELECTRONIC SERVICE - by causing such document to be served electronically to the addressees listed below.

Attorneys for Plaintiff:
Pamela Y. Price, Esq.
Law Offices of Pamela Price
901 Clay Street
Oakland, CA 94607
(510) 452-0292
FAX (510) 452-5625
E-mail: Pamela.price@pypesq.com

Attorneys for Berkeley Unified School District:
Mark S. Posard, Esq.
Alyson S. Cabrera, Esq.
Gordon & Rees, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
(415) 986-5900
FAX (415) 986-8054
E-mail: mposard@gordonrees.com
       acabrera@gordonrees.com

 X     FEDERAL: I declare that I am employed in the office of a member of the bar of this Court at whose direction service was made.

    I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on February 17, 2015 at Sacramento, California.

                  /s/ Susan M. Aldridge
                  SUSAN M. ALDRIDGE

JOHNSON SCHACHTER & LEWIS
A PROFESSIONAL LAW CORPORATION
2180 HARVARD STREET, SUITE 560
SACRAMENTO, CA 95815
TELEPHONE: (916) 921-5800 / FACSIMILE: (916) 921-0247