LAWRENCE A. ORGAN (SBN 175503)
JULIANNE SCHWARZ (SBN 290001)
NICOLE C. MOSKOWITZ (SBN 298431)
CALIFORNIA CIVIL RIGHTS LAW GROUP
407 San Anselmo Avenue, Suite 201
San Anselmo, CA 94960
T. 415.453.4740
F. 415.785.7352

Attorneys for Plaintiff
MICHAEL O'LOUGHLIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL O'LOUGHLIN, an individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>BERKELEY UNIFIED SCHOOL DISTRICT, ET AL.,<br><br>    Defendant(s). | CASE NO.: C-13-03715 DMR<br><br>**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFF MICHAEL O'LOUGHLIN [PROPOSED] ORDER** |

PLEASE TAKE NOTICE that Plaintiff MICHAEL O'LOUGHLIN has retained CALIFORNIA CIVIL RIGHTS LAW GROUP to substitute as counsel for LAW OFFICES OF PAMELA Y. PRICE in the above-captioned consolidated matters. NOTICE of Substitution of Counsel by Pamela Yvette Price (Price, Pamela) was Filed on 2/17/2015, but has not been recognized by the Court.

Withdrawing counsel for Plaintiff Michael O'Loughlin is:

>Pamela Y. Price, Esq
>Law Offices of Pamela Y. Price
>A Professional Law Corporation
>901 Clay Street
>Oakland, CA 94607
>Phone: (510) 452-0292
>Fax:  (510) 452-5625
>Email:  pamela.price@pypesq.com

All pleadings, orders and notices should henceforth be served upon the following substituted counsel for Plaintiff MICHAEL O'LOUGHLIN:

LAWRENCE A. ORGAN (SBN 175503)
JULIANNE SCHWARZ (SBN 290001)
NICOLE C. MOSKOWITZ (SBN 298431)
CALIFORNIA CIVIL RIGHTS LAW GROUP
407 San Anselmo Avenue, Suite 201
San Anselmo, CA 94960
T. 415.453.4740
F. 415.785.7352

The undersigned parties consent to the above withdrawal and substitution of counsel.

DATED:  March 24, 2015              LAW OFFICES OF PAMELA Y. PRICE

                                    By: _____/s/_____
                                         PAMELA Y. PRICE, General Counsel

I hereby attest that I obtained concurrence in the filing of this document from Pamela Y. Price on this e-filed document.

DATED: March 24, 2015               CALIFORNIA CIVIL RIGHTS LAW GROUP

                                    By: _____/s/_____
                                         Lawrence A. Organ, Attorney for Plaintiff

DATED: March 24, 2015               By: _____/s/_____
                                         Michael O'Loughlin, Plaintiff

The above withdrawal and substitution of counsel is approved and so ORDERED.

DATED: 3/25/15

**GRANTED**

JUDGE OF THE UNITED STATES DISTRICT COURT

# DECLARTION OF SERVICE

I, Celine M. Lorenz, declare as follows:

I am employed in the County of Marin, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 407 San Anselmo Avenue, Suite 201, San Anselmo, CA 94960, in said county and state.  On March 24, 2015, I served the within:

**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFF MICHAEL O'LOUGHLIN; [PROPOSED] ORDER**

To all named counsel of record as follows:

[ X ]   **BY ECF (ELECTRONIC CASE FILING)**:  I e-filed the above-detailed documents Utilizing the United States District Court, Northern District of California's mandated ECF (Electronic Case Filing) service on March 24, 2015.  Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the Documents upon confirmation of e-filing.

I certify under penalty of perjury that the foregoing is true and correct, that the foregoing document(s) were printed on recycled paper, and that this Declaration of Service was executed by the undersigned on March 24, 2015, at San Anselmo, California.

_____/s/_____
Celine M. Lorenz