1  ALYSON S. CABRERA  (SBN: 222717)
   acabrera@gordonrees.com
2  JENNIFER M. LYNCH  (SBN: 272976)
   jlynch@gordonrees.com
3  GORDON & REES LLP
   275 Battery Street, Suite 2000
4  San Francisco, CA 94111
   Telephone:  (415) 986-5900
5  Facsimile:  (415) 986-8054

6  Attorneys for Defendant
   BERKELEY UNIFIED SCHOOL DISTRICT
7
   KELLIE M. MURPHY (SBN: 189500)
8  kellie@jsl-law.com
   JOHNSON SCHACHTER & LEWIS
9  California Plaza
   2180 Harvard Street, Suite 560
10 Sacramento, CA 95815
   Telephone: (916) 921-5800
11 Facsimile: (916) 921-0247

12 Attorneys for Defendant
   MARK BAUER
13
   LAWRENCE A. ORGAN (SBN: 175503)
14 NAVRUZ AVLONI (SBN: 279556)
   JULIANNE SCHWARZ (SBN: 29001)
15 NICOLE MOSKOWITZ (SBN: 298431)
   CALIFORNIA CIVIL RIGHTS LAW GROUP
16 larry@civilrightsca.com
   407 San Anselmo Ave., Suite 201
17 San Anselmo, CA 94960
   Telephone: (415) 453-4740
18 Facsimile: (415) 785-7352

19 Attorneys for Plaintiff
   MICHAEL O'LOUGHLIN
20
                    UNITED STATES DISTRICT COURT
21
                NORTHERN OF CALIFORNIA – OAKLAND DIVISION
22

23 MICHAEL O'LOUGHLIN                    ) CASE NO.  C13-03715 DMR
                                         )
24                 Plaintiff,            ) **STIPULATION AND [PROPOSED]**
                                         ) **ORDER TO CONTINUE**
25     vs.                               ) **MEDIATION COMPLETION**
                                         ) **DEADLINE AND CASE**
26 BERKELEY UNIFIED SCHOOL DISTRICT,     ) **MANAGEMENT CONFERENCE**
   MARK BAUER and DOES 1 through 25,     )
27                                       )
                   Defendants.           )
28
                                      -1-
Stipulation and ~~Proposed~~ Order to Continue Mediation Completion Deadline and Case Management Conference

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

## RECITALS

WHEREAS on June 11, 2015 this Court issued a Case Management and Pretrial Order setting a mediation completion deadline of July 31, 2015;

WHEREAS this Court set a further Case Management Conference for August 26, 2015;

WHEREAS the parties desire to return for a half-day mediation with Cathy Yanni in order to continue settlement discussions and explore informal resolution of this matter;

WHEREAS given the schedules of all parties involved, the earliest possible date that the parties can attend mediation with Ms. Yanni is on August 28, 2015;

WHEREAS the parties respectfully request that the Court continue the mediation completion deadline to September 1, 2015 in order to allow the parties the ability to attend mediation on a mutually agreeable date;

WHEREAS the parties respectfully request that the Court continue the upcoming Case Management Conference from August 26, 2015 until a date after the new mediation completion deadline, at which time the parties will have a better understanding of whether this matter has resolved or is likely to resolve.

## STIPULATION

THEREFORE, IT IS HEREBY STIPULATED THAT the mediation completion deadline is extended to September 1, 2015.  It is further requested that the upcoming Case Management Conference be continued from August 26, 2015 to September 16, 2015 or as soon thereafter as is convenient for the Court.

Dated: July 8, 2015                    GORDON & REES LLP


                                       By   /s/Alyson S. Cabrera
                                       Alyson S. Cabrera
                                       Jennifer M. Lynch
                                       Attorneys for Defendant
                                       BERKELEY UNIFIED SCHOOL DISTRICT

-2-

Stipulation and ~~Proposed~~ Order to Continue Mediation Completion Deadline and Case Management Conference

| | |
|---|---|
| Dated: July 8, 2015 | JOHNSON SCHACHTER & LEWIS |
| | By /s/Kellie M. Murphy |
| | Kellie M. Murphy |
| | Attorneys for Defendant |
| | MARK BAUER |
| Dated: July 8, 2015 | CALIFORNIA CIVIL RIGHTS LAW GROUP |
| | By /s/Lawrence A. Organ |
| | Lawrence A. Organ |
| | Attorneys for Plaintiff |
| | MICHAEL O'LOUGHLIN |

### [~~PROPOSED~~] ORDER

It is hereby ordered that:

- The mediation completion deadline is extended to September 1, 2015.
- It is further ordered that the parties appear before the Court on  Sept. 16 , 2015 for a further Case Management Conference at 1:30 p.m.

  A joint case management statement is due 9/9/15.

IT IS SO ORDERED.

Dated: July 9, 2015      _____
                          Magistrate Judge Donna M. Ryu

-3-

Stipulation and ~~Proposed~~ Order to Continue Mediation Completion Deadline and Case Management Conference